**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

5/1/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FIVE POINT CAPITAL,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERATORS HAWAII, CORP., a Hawaii corporation; MICHAEL TYNANES, JR., an individual; SOPHIA TYNANES-NAKASONE, an individual; SHEILA TYNANES, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:13-CV-08653 MWF-SSx<br><br>[Assigned to the Hon. Michael F. Fitzgerald]<br><br>**[PROPOSED] ORDER**<br><br>Complaint Filed: October 10, 2013<br>Removed: November 22, 2013<br>Trial Date: February 24, 2015 |
| GENERATORS HAWAII, CORP., a Hawaii corporation; MICHAEL TYNANES, JR., an individual; SOPHIA TYNANES-NAKASONE, an individual; SHEILA TYNANES, an individual; and DOES 1 through 20, inclusive,<br><br>    Counterclaimants,<br><br>vs.<br><br>FIVE POINT CAPITAL,<br><br>    Counterdefendant. | |

# [PROPOSED] ORDER

Pursuant to the Stipulation for Dismissal of Action by and between plaintiff and counterdefendant Five Point Capital ("Five Point") on the one hand, and defendants and counterclaimants Generators Hawaii, Corp. ("Generators"), Michael Tynanes, Jr. ("Michael"), Sophia Tynanes-Nakasone ("Sophia"), and Sheila Tynanes ("Sheila") (collectively, "Defendants"), on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

This action is hereby dismissed in its entirety, with prejudice. This Court shall retain continuing jurisdiction over all matters relating to the performance and enforcement of the settlement agreement upon which the Stipulation for Dismissal of Action is based.

IT IS SO ORDERED.

DATED: May 1, 2015

_____
UNITED STATES DISTRICT JUDGE